IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. 1:12-cr-0621-JFM |
| SALVATORE A. PETTI | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Gerard P. Martin and Rosenberg Martin Greenberg, LLP, as counsel for Defendant Salvatore A. Petti in the above-captioned case.

Respectfully submitted,

/s/
Gerard P. Martin
Fed. Bar No. 00691
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Phone: (410) 547-8764
Facsimile: (410) 727-1115
Email: gmartin@rosenbergmartin.com
*Counsel for Defendant Salvatore A. Petti*

**Date: December 4, 2012**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December, 2012, the foregoing Entry of Appearance was served through the CM/ECF system to:

David I. Sharfstein
Special Assistant United States Attorney
United States Attorney's Office
District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201

/s/
Gerard P. Martin

4821-1179-5474, v. 1